**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**PAT BEESLEY, et al.,**
**as representative of a class of**
**similarly situated persons, and on**
**behalf of the International Paper**
**Company Salaried and Hourly**
**Savings Plans,**

**Plaintiffs,**

**v.**                                                                 **No. 06-703 DRH**

**INTERNATIONAL PAPER COMPANY,**
**et al.,**

**Defendants.**

**<u>ORDER</u>**

**HERNDON, District Judge:**

      Now before the Court is Plaintiffs' Motion for Extension of Time to Oppose Defendants' Motion to Dismiss for Improper Venue or to Transfer Venue (Doc. 38) and Defendants' Motion for Limited Stay of Proceedings Pending Ruling on Venue (Doc. 41).

      Plaintiffs' Motion for Extension of Time (Doc. 38) is unopposed. Therefore, the Court **GRANTS** Plaintiffs' Motion for Extension of Time. (Doc. 38.) Plaintiffs are granted an additional 60 days from the date of this Order to respond to Defendants' Motion to Dismiss for Improper Venue or to Transfer Venue. (Doc. 34.)  During that time period, Plaintiffs may conduct discovery solely on issues related to venue.  Defendants shall comply with all discovery requests that are related to venue.

In addition, the Court **GRANTS** Defendants' Motion for Limited Stay of Proceedings Pending Ruling on Venue. (Doc. 41).  The Court finds that the valuable interest of preserving judicial resources is best served if it allows the court that will ultimately be handling this matter to familiarize itself and resolve all issues, including discovery, in this case.  Therefore, the matter is **STAYED** pending the Court's decision on Defendants' Motion to Dismiss for Improper Venue or to Transfer Venue. (Doc. 34.)

IT IS SO ORDERED.

Signed this 4th day of January, 2007.


/s/        David   RHerndon
**United States District Judge**