IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAT BEESLEY, et al.,**
**as representative of a class of**
**similarly situated persons, and on**
**behalf of the International Paper**
**Company Salaried and Hourly**
**Savings Plans,**

**Plaintiffs,**

v.                                                                                          No. 06-703 DRH

**INTERNATIONAL PAPER COMPANY, et al.,**

**Defendants.**

## ORDER

**HERNDON, District Judge:**

In their Joint Motion to Extend Venue Discovery Deadline and Briefing Schedule (Doc. 60), the parties request that the Court extend the discovery and briefing schedule. The Court **GRANTS** the motion (Doc. 60) and IT IS HEREBY ORDERED that the venue discovery deadline set forth in this Court's January 4, 2007 Order is extended by thirty days, up to and including **March 28, 2007**, and the day on which Plaintiffs must respond to Defendants' venue motion is extended up to and including **April 4, 2007**.

IT IS SO ORDERED.

Signed this 1st day of March, 2007.

/s/        David  RHerndon
**United States District Judge**