IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAT BEESLEY, et al.,**
**as representative of a class of**
**similarly situated persons, and on**
**behalf of the International Paper**
**Company Salaried and Hourly**
**Savings Plans,**

**Plaintiffs,**

v.                                                                 No. 06-703 DRH

**INTERNATIONAL PAPER COMPANY,**
**et al.,**

**Defendants.**

## ORDER

**HERNDON, District Judge:**

On April 16, 2007, Plaintiffs filed a motion for oral argument on Defendants' amended motion to dismiss for improper venue or to transfer venue. (Doc. 66.) On April 20, 2007, the Court entered an order granting Plaintiffs' motion and setting a hearing for oral arguments on May 24, 2007 at 2:30 p,m. However, as the Court began preparing for the hearing, the Court determined that a hearing on Defendants' motion to dismiss for improper venue or to transfer venue (Doc. 64) would be unnecessary as the facts, arguments, and case law presented in the motion (Doc. 64) and the memorandums of law in support (Docs. 65, 74) and in opposition (Doc. 67) will suffice in assisting the Court in

making its decision in this matter.  Therefore, the Court **CANCELS** the oral arguments set for May 24, 2007 at 2:30 p.m.

      **IT IS SO ORDERED.**

      **Signed this 15th day of May, 2007.**

                            /s/         David   RHerndon
                            **United States District Judge**