IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAT BEESLEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. **06-703-DRH** |
| ) | |
| **INTERNATIONAL PAPER COMPANY,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiffs' Emergency Motion to Compel Production of ESI. **(Doc. 101)**.

Plaintiffs seek the production of electronically stored information ("ESI"). According to plaintiffs, after a dispute arose as to who should bear the cost of production, defendants threatened to withhold production unless plaintiffs agreed to a cost-sharing arrangement. In their response, **Doc. 103**, defendants agree that there is a dispute about paying the cost of production, but they deny that they refused to produce the information. In fact, they assert, they have produced and will continue to produce large numbers of documents as quickly as they can be processed.

Plaintiffs filed a reply, **Doc. 104**, in which they agree that their motion to compel is moot.

The court notes that defendants have filed a motion for protective order, **Doc. 102**, which addresses the issue of who should bear the costs of production. Plaintiffs' response to that motion is due by December 10, 2007.

Upon consideration and for good cause shown, Plaintiffs' Emergency Motion to Compel

Production of ESI **(Doc. 101)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE: November 27, 2007.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
