IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAT BEESLEY, et al.,, | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. **06-703-DRH** |
| **INTERNATIONAL PAPER COMPANY,** et al., | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiffs' Emergency Motion to Compel Production of Non-Redacted Documents. **(Doc. 118)**. Defendants have filed a response at **Doc. 122.**

Defendants have produced a large number of documents in response to plaintiffs' First and Second Requests for Production. Some of the information in some of the documents has been redacted. Plaintiffs stated that they have not been given a privilege log which asserts privilege for any of the redacted information. According to plaintiffs, at least some of the redactions were done to exclude information which defendant deemed to be non-responsive or irrelevant.

In response, defendants state that some of the information was redacted because it is privileged or is work product, and some was redacted because it is irrelevant or non-responsive. Defendants point out that they informed plaintiffs before the motion was filed that they would be producing a privilege log by February 1, 2008, and that they have now done so. The irrelevant or non-responsive information relates to plans other than the plans at issue here. The court

1

agrees that information relating to plans other than the plans at issue here is generally irrelevant and not discoverable. If plaintiffs have a specific argument as to the relevance of specific documents or categories of documents relating to such other plans, they may file a motion to compel setting out that position.

Upon consideration and for good cause shown, Plaintiffs' Emergency Motion to Compel Production of Non-Redacted Documents **(Doc. 118)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: February 6, 2008.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**