## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAT BEESLEY, et al.,
as representative of a class of
similarly situated persons, and on
behalf of the International Paper
Company Salaried and Hourly
Savings Plans,

Plaintiffs,

v.                                                    No. 06-703 DRH

INTERNATIONAL PAPER COMPANY,
et al.,

Defendants.

## <u>ORDER</u>

HERNDON, Chief Judge:

Now before the Court is Plaintiffs' Motion to Lift Stay of Plaintiffs' Motion for Class Certification. (Doc. 130.)  On August 24, 2007, the Court *sua sponte* entered a stay on Plaintiff's Motion for Class Certification pending the outcome of an appeal to the Seventh Circuit in the case of ***Lively v. Dynegy, Inc.* No. 05-CV-00063-MJR, 2007 WL 685861 (S.D.Ill. Mar. 2, 2007)**.  The Court believed that it would be imprudent to proceed on the motion for class certification in this case until after the Seventh Circuit had had an opportunity to address the issues in ***Lively***, which the Court believed would impact this Court's findings in the present case.  Plaintiffs have now informed the Court that the parties in ***Lively*** have agreed to settle the matter prior to the appeal being resolved by the Seventh Circuit.

Defendants respond that they do not oppose lifting the stay so long as it is not used as a basis for extending the current April 8, 2008 discovery deadline. Therefore, the Court **GRANTS** Plaintiffs' motion to lift stay (Doc. 130) and **LIFTS THE STAY** on Plaintiff's Motion for Class Certification.

**IT IS SO ORDERED.**

Signed this 3rd day of April, 2008.

/s/      David R Herndon

**Chief Judge**
**United States District Court**