IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAT BEESLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. **06-703-DRH** |
| ) | |
| INTERNATIONAL PAPER COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiffs' Renewed Motion to Compel Production of Non-Redacted Documents Related to Pension Plan. **(Doc. 150)**. Defendants filed a response at **Doc. 163.**

The court denied a previous motion for production of non-redacted documents related to the pension plan at **Doc. 123.** The previous motion was denied because the redacted documents related to plans that were not at issue. In denying the previous motion, the court stated "If plaintiffs have a specific argument as to the relevance of specific documents or categories of documents relating to such other plans, they may file a motion to compel setting out that position." Plaintiffs are attempting to accept that invitation with respect to the defined benefit (pension) plan by the instant motion.

Plaintiffs' motion is really just an amplification of their argument that the pension fund documents are relevant. The court has already found that they were not relevant to the issues pending under the original complaint, and the arguments in the current motion do not change that conclusion. However, after the motion and response were filed, plaintiffs filed an amended

1

complaint, with leave of court, at **Doc. 169.** The court anticipates that the parties' position regarding the relevance of pension plan documents may have changed since the filing of the amended complaint. Therefore, the court will deny the motion, with the understanding that plaintiffs may file another motion if the controversy is not resolved by the parties.

The court reminds all parties that they have a duty to confer in a *good faith* effort to resolve discovery disputes before filing motions.

Upon consideration and for good cause shown, Plaintiffs' Renewed Motion to Compel Production of Non-Redacted Documents Related to Pension Plan **(Doc. 150)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: June 3, 2008.**

                                            **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **UNITED STATES MAGISTRATE JUDGE**