IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAT BEESLEY, et al., )
)
    Plaintiffs, )
)
v. ) Civil No. **06-703-DRH**
)
INTERNATIONAL PAPER COMPANY, )
et al., )
)
    Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

On July 15, 2008, in accordance with this court's order of July 2, 2008, counsel for the parties reported to the court on the status of certain pending discovery motions. **See, Doc. 211.**

Counsel reported that the parties had reached agreements regarding the issues presented in **Docs. 153 and 182**, and those motions are now moot. Counsel also reported that they had conferred, but were unable to reach agreements regarding **Docs. 102, 181, and 207.** The court will rule on those motions by separate order.

The clerk of court is directed to term **Docs. 153 and 182** as moot.

**IT IS SO ORDERED.**

**DATE: July 21, 2008.**

                                                    **Clifford J. Proud**
                                                  **CLIFFORD J. PROUD**
                                                  **UNITED STATES MAGISTRATE JUDGE**