IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAT BEESLEY, et al.,

**Plaintiff,**

v.

INTERNATIONAL PAPER
COMPANY, et al.,                          No. 06-703-DRH

**Defendant.**

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's Motion on Consent for Short Extension of Time to Respond to Defendants' Motion for Partial Summary Judgment (Doc. 261). Plaintiffs' request an extension to file their response to Defendants' motion for summary judgment in order to review Defendants' filings and prepare an opposition brief. Defendants have consented to the motion in return for an extension of time in which to file their reply brief. Based on the reasons set forth in the motion, the Court **GRANTS** Plaintiff's motion for extension of time to respond (Doc. 261). The Court modifies the dispositve motion schedule as follows:

1. Plaintiffs' response to Defendants' motion for partial summary judgment shall be filed no later than **March 5, 2009**.

2. Defendants' reply shall be filed no later than **March 30, 2009**.

3. The presumptive trial month remains **May, 2009**.

   **IT IS SO ORDERED.**

   Signed this 23rd day of February, 2009.

   /s/ David R Herndon
   **Chief Judge**
   **United States District Court**