IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAT BEESLEY, et al.,

Plaintiff,

v.

INTERNATIONAL PAPER COMPANY, et al.,    No. 06-703-DRH

Defendant.

### ORDER

**HERNDON, Chief Judge:**

    Now before the Court is Defendants' motion to withdraw appearance of Attorney Bridgit M. DePietto as co-counsel of record for Defendants (Doc. 272). Defendants state that Attorney DePietto is no longer with the firm of Morgan Lewis & Bockius, LLP. The Court, therefore, **GRANTS** Defendants' motion to withdraw appearance (Doc. 272). Attorney DePietto is hereby **WITHDRAWN** as co-counsel of record for Defendants.

    **IT IS SO ORDERED.**

    Signed this 1st day of March, 2009.

                                                /s/   David R Herndon

                                              **Chief Judge**
                                              **United States District Court**