Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com.

See a sample reprint in PDF format. · Order a reprint of this article now

**THE WALL STREET JOURNAL.**
WSJ.com

- INVESTING
  - MARCH 5, 2009

# Despite Risks, Workers Guzzle Company Stock

*Participants in 401(k) Plans See Safety in Employer Shares; No Other Options for a Match*

By ELEANOR LAISE

At a time of extreme market uncertainty, many 401(k) participants are making a risky move: loading up on the stock of their employers.

In January, for the first time in more than seven years, a large group of 401(k) participants tracked by consulting firm Hewitt Associates plowed more money into company stock than any other type of investment. The workers poured $65 million into employer shares that month -- the most recent for which data are available -- even as they yanked money out of other stock investments and put smaller amounts into conservative holdings such as bond and stable-value funds.

Employees' enthusiasm for company stock marks a sharp reversal of recent trends. Workers have generally been diversifying out of their employer's shares this decade as Enron, WorldCom and other high-profile corporate blowups exposed the dangers of hefty company-stock holdings. Participants added money to company stock in only eight months during the past six years, according to Hewitt -- yet five of those months have come since the middle of last year.

Workers stuffing their retirement accounts with company stock are making a tremendous bet on the health of their employer. If the company stumbles, workers could lose their retirement savings, as well as their jobs. Just in the past year, stock-price meltdowns at Lehman Brothers Holdings Inc., Fannie Mae and other companies have crushed the retirement savings of many employees who were heavily invested in those shares.

"In this economy, you'd expect people to move in the other direction, trying to diversify their risks," says Pamela Hess, director of retirement research at Hewitt.

People may be turning to company stock now because the old familiar employer shares seem to be a haven in the market storm. Academic research has found that most employees holding company stock believe it's safer than a diversified stock fund. "Obviously, they're not understanding what they're buying," says Shlomo Benartzi, a behavioral economics professor at the University of California, Los Angeles.

Company stock remains widely available in retirement plans. Nearly two-thirds of workers in 401(k) plans with more than 5,000 participants were offered employer stock as an investment option in 2007, according to Employee Benefit Research Institute and the Investment Company Institute, a trade group. About 8% of participants in plans that offer company stock had more than 80% of their account invested in employer shares.

**EXHIBIT 47**

Retirement experts generally recommend that workers keep no more than 5% to 10% of their balances in company stock -- and many believe such shares don't belong in retirement plans at all.

Offering company stock in 401(k) plans helps align employer and employee interests and gives employers some financial flexibility, says David Wray, president of the Profit Sharing/401(k) Council of America, an association of employers offering such plans. If a company can't afford to offer 401(k) matching contributions in cash, for example, it may be able to offer them in company stock. "Participants wouldn't be putting their own money in company stock if they didn't like it," Mr. Wray says.

Some workers are shrugging off the risks of company stock even as the market appears more and more perilous. Jack Bennett, 58 years old, of Brick, N.J., was generally a buy-and-hold investor until about a year ago. But as he saw the market stumbling badly, he began to make large trades in and out of the stock of his employer, General Electric Co., at times putting about 90% of his 401(k) into the shares.

Mr. Bennett, who handles field operations for NBC News, credits the strategy with helping him keep his 401(k) flat last year, and he plays down the risks. "I don't see us as an Enron," he says.

Many of Mr. Bennett's fellow employees who held GE shares were likely far less fortunate. The stock has plunged 80% over the past 12 months, closing Wednesday at $6.69, dealing a heavy blow to investors who followed a more traditional buy-and-hold strategy.

Despite the risks, many workers at troubled companies are still gorging on their employers' shares. In September, General Motors Corp. announced that it had suspended purchases of its common stock by employees in its 401(k) plans because "unexpectedly high demand" from participants had exhausted the plans' supply of the shares. Then in November, the company announced that State Street Corp., which serves as independent fiduciary of the GM stock in the plans, had determined that it wasn't appropriate to allow participants to make additional investments in the stock. The stock has fallen 90% over the past 12 months, to $2.20.

As the stock dropped significantly, "some employees felt like maybe it had gone as low as it might go," says GM spokesman Tom Wilkinson. Yet given all the uncertainty now surrounding the stock, "it's understandable why State Street would look at this and say, 'Right now, let's sit tight.' "

At some companies, the economic downturn means employees will be getting more employer shares in their retirement accounts. In an effort to conserve cash, International Paper Co. this month began making 401(k) matching contributions in company stock rather than cash, says Robert Hunkeler, the company's vice president for investments.

"The good news is the company has decided not to eliminate" or reduce the match, as many other employers have done, Mr. Hunkeler says. Workers can immediately move the money to other investments if they choose.

Yet workers rarely take advantage of opportunities to diversify out of company stock, retirement experts say. And when employers make matching contributions in company stock, workers tend to put even more of their own contributions into the shares, magnifying their risk.

"There's a halo effect," says Kristi Mitchem, head of the U.S. defined-contribution business at Barclays PLC's Barclays Global Investors. Nearly one-quarter of 401(k) plans that offer company stock offer matching contributions exclusively in employer shares, according to Hewitt, and 23% of those companies prohibit workers from moving the matching funds into other investments until after three years of service.

Since workers have trouble properly diversifying their own accounts, they need help from their employers, retirement experts say. Features such as managed accounts and automatic rebalancing, offered in some 401(k) plans, can help diversify workers' accounts. Yet few employers are working to specifically address heavy concentrations of company stock, experts say. Fewer than 20% of plans that allow workers to invest in company stock place any limits on those investments, according to Hewitt.

"The effort right now is keeping people in the plans," says Mr. Wray of the Profit Sharing/401(k) Council. "I don't think company stock is a high-priority

issue."

Programs that might help workers diversify out of company stock have struggled to gain traction. UCLA's Mr. Benartzi several years ago helped develop Sell More Tomorrow, an automated program designed to gradually diversify chunks of workers' company stock holdings. Though he has been talking to 401(k) plan recordkeepers to promote the program, "we're struggling to find the first employer willing to do it," Mr. Benartzi says. Yet "right now is a very crucial time to do it because some companies will survive this cycle and some will not."

Some say congressional or regulatory action is needed to encourage such steps. At a congressional hearing on retirement security late last month, Investment Company Institute president and CEO Paul Schott Stevens said that lawmakers should make it easier for employers to offer plan features that would automatically diversify workers out of hefty company stock positions as they age.

**Write to** Eleanor Laise at eleanor.laise@wsj.com

Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com