IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAT BEESLEY, et al.,

Plaintiff,

v.

INTERNATIONAL PAPER COMPANY, et al.,

Defendant.                                                         No. 06-703-DRH

### ORDER

HERNDON, Chief Judge:

Before the Court is Defendants motion for extension of time (Doc. 320). Specifically, Defendants ask for an additional ten days in which to respond to the Plaintiffs' Motion to Lift Stay (Doc. 318). Defendants argue that they need additional time to prepare a response due to other case commitments, trials, and due to the fact that they are preparing an appellate brief on this case for the Seventh Circuit and the motion relies on factual issues that "are within the unique knowledge of a single attorney." (Doc. 320 ¶ 3). Plaintiffs have filed a response to the motion, arguing that a delay in the response is unwarranted absent a showing of good cause. Based on the reasons in the Defendants' motion, however, the Court **GRANTS** Defendants' motion for extension of time (Doc. 320). Defendants will have up to and including

**October 22, 2009** in which to file a response.

        **IT IS SO ORDERED.**

Signed this 9th day of October, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**