UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAT BEESLEY et al., ) | |
|     Plaintiffs, ) | |
| v. ) | |
| ) | No: 3:06-cv-00703-DRH-CJP |
| INTERNATIONAL PAPER COMPANY et al., ) | |
| ) | |
|     Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to SDIL-LR 7.1(c), Plaintiffs respectfully request leave to file a notice of supplemental authority addressing why the Eighth Circuit's opinion in *Braden v. Wal-Mart Stores, Inc.*, --- F.3d --- , 2009 WL 4062105 (8th Cir. Nov. 25, 2009) supports the denial of Defendants' Motion for Partial Summary Judgment.[1] In support of this Motion, Plaintiffs state the following:

1.  On January 23, 2009, Defendants filed a motion for partial summary judgment as to some of Plaintiffs' claims (Doc. 254). Plaintiffs filed their memorandum in opposition on March 5, 2009 (Doc. 276).

2.  On November 25, 2009, the United States Court of Appeals for the Eighth Circuit issued its decision in *Braden*, reversing the district court's dismissal of another ERISA fiduciary breach case involving claims of excessive fees that are similar to Plaintiffs' excessive fee claims here. The Court in *Braden* found that the plaintiff stated claims that the fiduciaries of Wal-Mart's multi-billion dollar 401(k) Plan breached their fiduciary duties by including plan investment options that charged excessive fees and by selecting funds for inclusion in the plan based on

---

[1] Pursuant to CM/ECF User's Manual §2.10, the proposed Notice of Supplemental Authority is being submitted concurrently herewith to the Court's e-mail address for proposed documents.

1

improper criteria, to benefit a plan service provider at the expense of the plan's participants. *Braden*, 2009 WL 4062105 at \*1-2, 8-9.

     3.    *Braden* significantly undermines several arguments in Defendants' Motion for Partial Summary Judgment. Although the *Braden* decision is not binding on this Court, the decision's reasoning is instructive in addressing parts of Defendants' motion. Accordingly, Plaintiffs respectfully request leave to file their Notice of SupplementalAuthority.

Dated: December 31, 2009                          Respectfully submitted:

/s/  Nelson G. Wolff
Jerome J. Schlichter  02488116
jschlichter@uselaws.com
Nelson G. Wolff 6211943
nwolff@uselaws.com
Sean E. Soyars
ssoyars@uselaws.com
120 W. Main Street, Suite 208
Belleville, IL 62220

100 S. Fourth Street, Suite 900
St. Louis, MO
(314) 621-6115
(314) 621-7151 (Fax)

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

      I certify that on December 31, 2009, I filed this document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gregory C. Braden | Michael J. Nester |
| Donald L. Havermann | Donovan, Rose, Nester & Joley, P.C. |
| Simon J. Torres | 8 East Washington Street |
| Theresa J. Chung | Belleville, IL 62220 |
| Shannon M. Callahan | Telephone (618) 235-2020 |
| Morgan Lewis & Bockius | |
| 1111 Pennsylvania Avenue, NW | |
| Washington, DC 20004 | |

                                                      /s/ Nelson G. Wolff