IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAT BEESLEY, et al.,

Plaintiff,

v.

INTERNATIONAL PAPER COMPANY, et al.,

Defendant.                                                                No. 06-703-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants' Motion to Withdraw Appearance (Doc. 336). Defendants move to withdraw Shannon Callahan as co-counsel for the Defendants as she has left the law firm of Morgan Lewis & Bockius, LLP. Based on the reasons in the motion, the Court **GRANTS** Defendants' Motion to Withdraw Appearance (Doc. 336). Attorney Shannon Callahan is hereby **WITHDRAWN** as attorney for the Defendants.

**IT IS SO ORDERED.**

Signed this 25th day of February, 2010.

/s/  David R Herndon

**Chief Judge**
**United States District Court**