IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAT BEESLEY, et al.,

Plaintiffs,

v.

INTERNATIONAL PAPER COMPANY, et al.,

Defendants.                              No. 06-703-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a stipulation of dismissal of plaintiffs John Tonelle, Willie Mitchell, and Greg Martin without prejudice (Doc. 382) filed by the parties. The stipulation states that plaintiffs Tonelle, Mitchell, and Martin no longer desire to be appointed as class representatives but the parties further stipulate that plaintiffs Tonelle, Mitchell, and Martin do not waive their right to remain members of one or more of the putative classes or subclasses in this action. The Court hereby acknowledges the stiupluation (Doc. 382) and dismisses plaintiffs Tonelle, Mitchell, and Martin without prejudice.

**IT IS SO ORDERED**.

Signed this 14th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.14 13:13:06 -05'00'

**Chief Judge
United States District Court**