IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**PAT BEESLEY, et al.,**

    Plaintiffs,

**Cause No: 06-703-DRH**

v.

**INTERNATIONAL PAPER CO., et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiffs' motion for settlement class certification (Doc. 531). Defendants do not oppose settlement class certification (Docs. 537 & 539). Based on the reasons stated in the motion, the Court finds that class certification is proper and **grants** the motion.

The Court **CERTIFIES** the following:

**SETTLEMENT CLASS:**

All participants in the International Paper Company Salaried Savings Plan or the International Paper Company Hourly Savings Plan, excluding the Defendants, whose Plan accounts had balances greater than $0 at any time between January 1, 1997 and May 31, 2008. The Class includes the Beneficiary of a deceased person who participated in the Plan at any time during the Class Period, and/or, Alternate Payees, in the case of a person subject to a Qualified Domestic Relations Order who participated in the Plans at any time during the Class Period.

**COMPANY STOCK FUND Sub-Class**:

All participants in the Plans, excluding the Defendants, whose accounts held units of the Company Stock Fund from April 14, 1998, through May 24, 2011 and whose units underperformed relative to

the S&P 500 Index. This subclass also includes the Beneficiary of a deceased person who participated in the Plans at any time during that period, and/or, Alternate Payees, in the case of a person subject to a Qualified Domestic Relations Order who participated in the Plans at any time during that period.

**Large Cap Stock Fund Sub-Class:**

All participants in the Plans, excluding the Defendants, whose accounts held units of the Large Cap Stock Fund (LCSF) from April 1, 2002, through May 24, 2011, and whose LCSF units underperformed relative to the Russell 1000 Index. This sub-class also includes the Beneficiary of a deceased person who participated in the Plans at any time during that period, and/or, Alternate Payees, in the case of a person subject to a Qualified Domestic Relations Order who participated in the Plans at any time during that period.

Accordingly, the Court **GRANTS** plaintiffs' motion for settlement certification (Doc. 531).  Further, the Court **APPOINTS** the named plaintiffs as representatives of the settlement class, the company stock fund sub-class and the large cap stock fund sub-class.  The Court, also, **APPOINTS** the law firm of Schlichter, Bogard & Denton as class counsel.

**IT IS SO ORDERED.**

Signed this 10th day of October, 2013.

**Chief Judge
United States District Court**